**No. 10-8976. Demetrious Adonis Moore, Petitioner v. United States.**

562 U.S. 1299, 131 S. Ct. 1708, 179 L. Ed. 2d 639, 2011 U.S. LEXIS 2163.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 402 Fed. Appx. 778.

**No. 10-8979. Erin Sharma, Petitioner v. United States.**

562 U.S. 1299, 131 S. Ct. 1708, 179 L. Ed. 2d 639, 2011 U.S. LEXIS 2186.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 591.

**No. 10-8983. Wallace Baskerville, Petitioner v. Judy Smith, Warden.**

562 U.S. 1299, 131 S. Ct. 1708, 179 L. Ed. 2d 639, 2011 U.S. LEXIS 2168.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-8984. Bobby Ray Smart, Petitioner v. United States.**

562 U.S. 1299, 131 S. Ct. 1709, 179 L. Ed. 2d 639, 2011 U.S. LEXIS 2183.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8985. Rodney Reep, Petitioner v. United States.**

562 U.S. 1299, 131 S. Ct. 1709, 179 L. Ed. 2d 639, 2011 U.S. LEXIS 2131.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 245.

**No. 10-8989. Rashford Emanual Galloway, Petitioner v. Donna Zickefoose, Warden.**

562 U.S. 1299, 131 S. Ct. 1709, 179 L. Ed. 2d 639, 2011 U.S. LEXIS 2124.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 385 Fed. Appx. 59.

**No. 10-8990. Terry Fountain, Petitioner v. United States.**

562 U.S. 1299, 131 S. Ct. 1709, 179 L. Ed. 2d 639, 2011 U.S. LEXIS 2213.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8995. James W. Harper, Petitioner v. United States.**

562 U.S. 1300, 131 S. Ct. 1709, 179 L. Ed. 2d 639, 2011 U.S. LEXIS 2133.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.